## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| CHRIS CARMAN, individually and on behalf of others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 22-03205-CV-S-JAM |
| MASSADA UTILITY CONTRACTORS, LLC, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Before the Court is the parties' Joint Motion for Approval of FLSA Settlement and redacted Settlement Agreement (Doc. 29), an unredacted copy of which was provided to the Court. Based on the representation of the parties (Doc. 29, ¶ 12), noting the earlier MAP mediation with Ron Mitchell, the pleadings, and the activity reflected on the docket sheet, the Court is satisfied that the settlement reached is a "fair and reasonable resolution of a bona fide dispute" under the Fair Labor Standards Act. *See* 29 U.S.C. § 216. The Court declines to determine the reasonableness of attorney's fees other than determining satisfaction of the standard set forth in *Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 1027 (8th Cir. 2019) and *Vines v. Welspun Pipes, Inc.*, 9 F.4th 849, 853-54 (8th Cir. 2021). It is therefore

ORDERED and adjudged that the parties' Joint Motion for Approval of FLSA Settlement is GRANTED and the parties' settlement is APPROVED. It is further

ORDERED the parties file dismissal paperwork or a joint status report no later than October 11, 2023.

        /s/ *Jill A. Morris*
        JILL A. MORRIS
        UNITED STATES MAGISTRATE JUDGE